**Order entered May 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00162-CV

**GREYSTAR MANAGEMENT SERVICES, L.P., Appellant**

**V.**

**MELISSA ADAMS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06022**

## ORDER

We **GRANT** appellant's May 9, 2013 unopposed motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on May 9, 2013 filed as of the date of this order.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE